1
2
3
4                     **IN THE UNITED STATES DISTRICT COURT**
5                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
6
7   | MICHAEL LAGAN, |
8   |         Plaintiff, |
9   | vs. |
10  | THOMAS L. CAREY, <u>et al.</u>, |
11  |         Defendants. |

No. 2:06-CV-0932-RRB-PAN-P

<u>ORDER</u>

12
13          Plaintiff Michael Lagan ("Plaintiff"), a state prisoner
14  filing pro se, has filed this civil rights action seeking relief
15  under 42 U.S.C. § 1983.  The matter was referred to a United States
16  Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
17  General Order No. 262.
18          On June 1, 2006, Magistrate Judge John F. Moulds filed
19  Findings & Recommendations (Docket No. 3) herein which were served
20  on Plaintiff and which contained notice to Plaintiff that any
21  objections to the same were to be filed within twenty days.
22  Plaintiff has not filed objections to the Findings &
23  Recommendations.
24
25
26  ORDER DISMISSING PLAINTIFF'S ACTION - 1
    2:03-CV-2168-RRB-PAN-P

The Court has reviewed the file and finds the Findings & Recommendations (Docket No. 3) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.    The Findings & Recommendations (Docket No. 3), filed on June 1, 2006, are adopted in full; and

2.    This action is **DISMISSED** for Plaintiff's failure to keep the Court apprised of his current address.  <u>See</u> Local Rules 83-182(f) and 11-110.

**ENTERED** this 19th day of July, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:03-CV-2168-RRB-PAN-P